

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-17-00587-CV

**IN THE INTEREST OF C.S.K.**

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-CI-17273
Honorable David A. Canales, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the motion to dismiss is GRANTED and this appeal is DISMISSED. We further order our prior stay of all proceedings in this matter lifted.

We order that appellee, Carl J. Kolb, recover his costs of this appeal, if any, from appellant Lynn M. Kolb.

SIGNED November 29, 2017.

_Marialyn Barnard_
Marialyn Barnard, Justice